UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| BROOKE AARON MCLAUGHLIN, | ) | |
| Plaintiff, | ) ) ) | No. 7:23-CV-52-REW |
| v. | ) ) | |
| USP BIG SANDY, *et al.*, | ) ) | JUDGMENT |
| Defendants. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court **ORDERS** and **ADJUDGES** as follows:

1. The Court **DISMISSES** plaintiff Brooke Aaron McLaughlin's complaint (DE 1) with prejudice;

2. The Court **ENTERS** Judgment in favor of the defendants; and

3. The matter is **STRICKEN** from the Court's active docket.

This the 14th day of December, 2023.

Signed By:
*Robert E. Wier*
United States District Judge

1